IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES R. WALLACE                                                                                          PLAINTIFF

v.                                           No. 3:05CV00235 JLH

DANIEL J. GOOD, M.D.                                                                                  DEFENDANT

## ORDER

A complaint was filed in this case on October 11, 2005. Nothing has been filed since that date other than an Order directing the plaintiff to file a report by Friday, March 17, 2006, stating whether he intended to pursue this action. Nothing has been filed. Therefore, this case is DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 22nd day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE